No. 64027.—F. C. Mackay *v.* United States, protests 58/20672, 58/25887, and 59/4250 (Pembina).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 64028.—Close & Stewart *v.* United States, protests 58/25520, etc. (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 64029.—Western Dairy Products, Inc. *v.* United States, protest 58/18246 (San Francisco).

Opinion by DONLON, J. The protest was dismissed.

No. 64030.—Inter-Maritime Forwarding Co., Inc. *v.* United States, protest 59/19150 (New York).

Opinion by DONLON, J. The protest was dismissed.

No. 64031.—McKesson & Robbins, Inc. *v.* United States, protest 207758–K (Minneapolis).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, MARCH 25, 1960

No. 64032.—F. C. Mackay *v.* United States, protest 58/15954 (Pembina).

MOLLISON, Judge: The merchandise involved herein is described on the invoice as vegetable oil soapstock. Duty was assessed thereon at the rate of 10